UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MORGANNE MILES, by her mother KRYSTAL
TITUS; OLIVIA MILES, by her mother KRYSTAL
TITUS; PASCALE MOSSIN, by her mother                    08-CV-0432
AMY MARGARET MCCUTCIN; THEO CHAN,
by his father SUNNY CHAN; LEAH CHAN,
by her father, SUNNY CHAN,

                        Plaintiffs,

      v.

MICHAEL O. LEAVITT, Secretary, United States
Department of Health and Human Services,

                        Defendant.

_____

## **NOTICE OF APPEARANCE FOR PURPOSES OF ECF NOTIFICATION**

      PLEASE TAKE NOTICE that Elisabeth Benjamin and Juan Cartagena, of the Community Services Society, hereby appear as counsel in the above entitled action to Plaintiffs MORGANNE MILES, by her mother KRYSTAL TITUS; OLIVIA MILES, by her mother KRYSTAL TITUS; PASCALE MOSSIN, by her mother AMY MARGARET MCCUTCIN; THEO CHAN, by his father SUNNY CHAN; LEAH CHAN, by her father, SUNNY CHAN by and through the undersigned attorneys.

Dated: New York, New York
       January 23, 2008          Respectfully submitted,

                                      MORGANNE MILES, by her mother KRYSTAL
                                      TITUS; OLIVIA MILES, by her mother
                                      KRYSTAL TITUS; PASCALE MOSSIN, by her
                                      mother AMY MARGARET MCCUTCIN; THEO
                                      CHAN, by his father SUNNY CHAN; LEAH
                                      CHAN, by her father, SUNNY CHAN,

Through their attorneys,


___/s/ Elisabeth Ryden Benjamin (EB-0652)____
Juan Cartagena, General Counsel (JC-5087)
Elisabeth Ryden Benjamin (EB-0652)
Michelle Light*
Community Service Society of New York
105 East 22nd St., 2nd Floor
New York, NY  10010
(212) 614-5461

Bryan D. Hetherington (BH-8363)
Trilby de Jung
Empire Justice Center
One West Main Street, Suite 200
Rochester, NY  14614
(585) 454-4060

Jane Perkins*
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27154
(919) 968-6308 (x102)

Gill Deford
Center for Medicare Advocacy
PO Box 350
Willimantic, CT  06226
(860) 456-2614

* Not admitted in the Southern District of New York


TO:   Michael Garcia
      U.S. Attorney for the Southern District of New York
      Civil Division
      86 Chambers Street
      New York, NY  10007