UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MORGANNE MILES, by her mother KRYSTAL
TITUS; OLIVIA MILES, by her mother KRYSTAL
TITUS; PASCALE MOSSIN, by her mother
AMY MARGARET MCCUTCIN; THEO CHAN,
by his father SUNNY CHAN; LEAH CHAN,
by her father, SUNNY CHAN,

08-CV-0432

                Plaintiffs,
    v.

MICHAEL O. LEAVITT, Secretary, United States
Department of Health and Human Services,

                Defendant.
_____

## DECLARATION OF MAIL AND PERSONAL SERVICE

I, ELISABETH R. BENJAMIN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

I declare that I am an attorney with the Community Service Society of New York, 105 East 22nd Street, New York, NY 10010.  On the date given below, I personally served the person/entity identified below a true copy of the summons and complaint in this action.

    DATE OF SERVICE: January 17, 2008
    PLACE OF SERVICES: 86 Chambers Street, New York, New York 10007
    PERSON/ENTITY TO WHOM SERVED:
    Michael Garcia, United States Attorney, Attorney for Defendant Leavitt.

I further declare that on January 17, 2008, I served by Priority Mail Defendant Attorney General Michael Mukasey, United States Department of Justice, 950 Pennsylvania Avenu, NW, Washington, DC 20530-0001 and Secretary Michael Leavitt, United States

Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC, 20201.

Dated: New York, NY
January 23, 2008

Respectfully submitted,

MORGANNE MILES, by her mother KRYSTAL TITUS; OLIVIA MILES, by her mother KRYSTAL TITUS; PASCALE MOSSIN, by her mother AMY MARGARET MCCUTCIN; THEO CHAN, by his father SUNNY CHAN; LEAH CHAN, by her father, SUNNY CHAN,

Through their attorneys,

___/s/ Elisabeth Ryden Benjamin (EB-0652)____
Juan Cartagena, General Counsel (JC-5087)
Elisabeth Ryden Benjamin (EB-0652)
Michelle Light*
Community Service Society of New York
105 East 22nd St., 2nd Floor
New York, NY  10010
(212) 614-5461

Bryan D. Hetherington (BH-8363)
Trilby de Jung
Empire Justice Center
One West Main Street, Suite 200
Rochester, NY  14614
(585) 454-4060

Jane Perkins*
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC  27154
(919) 968-6308 (x102)

Gill Deford
Center for Medicare Advocacy
PO Box 350
Willimantic, CT  06226
(860) 456-2614

                    * Not admitted in the Southern District of New York

TO:    Michael Garcia
        U.S. Attorney for the Southern District of New York
        Civil Division
        86 Chambers Street
        New York, NY 10007