UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MORGANNE MILES, by her mother KRYSTAL TITUS;
OLIVIA MILES, by her mother KRYSTAL TITUS;
PASCALE MOSSIN, by her mother AMY MARGARET
MCCUTCIN; THEO CHAN, by his father SUNNY CHAN;
LEAH CHAN, by her father, SUNNY CHAN,

            Plaintiffs,

      v.

MICHAEL O. LEAVITT, Secretary, United States Department
of Health and Human Services,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

08 Civ. 432 (PAC)

ECF CASE

TO:   Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned Assistant United States Attorney respectfully requests the Clerk to note his appearance in the above-captioned case as lead counsel for the defendant.

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney for the
                       Southern District of New York
                       Attorney for Defendant

       By:     /s/ Serrin Turner
              SERRIN TURNER (ST-0646)
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Tel.: (212) 637-2701
              Fax: (212) 637-2686
              Email: serrin.turner@usdoj.gov