SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice Affidavit on Written Motion

UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

MORGANNE MILES, by her mother KRYSTAL
TITUS; OLIVIA MILES, by her mother KRYSTAL
TITUS; PASCALLE MOSSIN, by her mother
AMY MARGARET MCCUTCIN; THEO CHAN,
by his father SUNNY CHAN, LEAH CHAN,
by her father, SUNNY CHAN,

                            Plaintiffs,

— against —

MICHAEL O. LEAVITT, Secretary, United States
Department of Health and Human Services

                            Defendant,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 03 2008

08-CV-0432

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Elisabeth Benjamin, attorney for all Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gill W. Deford |
| Firm Name: | Center for Medicare Advocacy, Inc. |
| Address: | P.O. Box 350 |
| City/State/Zip: | Willimantic, CT 06226 |
| Telephone/Fax: | (860)456-7790 / (860)456-2614 |
| Email Address: | gdeford@medicareadvocacy.org |

is admitted to practice pro hac vice as counsel for all Plaintiffs in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case File (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *New York, New York*
City, State: *March 3, 2008*

                                                      _____
                                                      United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $                           SDNY RECEIPT#

SDNY Form Web 10/2006