AO 458 (Rev 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MORGANNE MILES, OLIVIA MILES, PASCALLE MOSSIN, THEO CHAN, LEAH CHAN, PLAINTIFFS

v.

MICHAEL O. LEAVITT, DEFENDANT

**APPEARANCE**

Case Number: 08-CV-0432

To the Clerk of this court and all parties of record.

Enter my appearance as counsel in this case for

All plaintiffs (Morganne Miles, Olivia Miles, Pascalle Mossin, Theo Chan, Leah Chan)

I certify that I am admitted to practice in this court

| 3/12/2008 | *(signature)* |
|---|---|
| Date | Signature |
| | Gill Deford — Pro Hac Vice |
| | Print Name / Bar Number |
| | PO Box 350 |
| | Address |
| | Willimantic   CT   06226 |
| | City / State / Zip Code |
| | (860) 456-7790   (860) 456-2614 |
| | Phone Number / Fax Number |