SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice Affidavit on Written Motion

UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

MORGANNE MILES, by her mother KRYSTAL
TITUS; OLIVIA MILES, by her mother KRYSTAL
TITUS; PASCALLE MOSSIN, by her mother
AMY MARGARET MCCUTCIN; THEO CHAN,
by his father SUNNY CHAN, LEAH CHAN,
by her father, SUNNY CHAN,

                              Plaintiffs,

       – against –

MICHAEL O. LEAVITT, Secretary, United States
Department of Health and Human Services

                              Defendant,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 4 2008

08-CV-0432

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Elisabeth Benjamin, attorney for all Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Martha Jane Perkins |
| Firm Name: | National Health Law Program |
| Address: | 211 N. Columbia Street, 2nd Floor |
| City/State/Zip: | Chapel Hill, NC 27516 |
| Telephone/Fax: | (919) 968-6308/ (919)968-8855 |
| Email Address: | perkins@healthlaw.org |

is admitted to practice pro hac vice as counsel for all Plaintiffs in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Fille (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York
March 14, 2008

                                                                               _____
                                                                               United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $                    SDNY RECEIPT#

SDNY Form Web 10/2006