UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MORGANNE MILES, by her mother KRYSTAL TITUS; :
OLIVIA MILES, by her mother KRYSTAL TITUS; :
PASCALE MOSSIN, by her mother AMY MARGARET :
MCCUTCIN; THEO CHAN, by his father SUNNY CHAN; :
LEAH CHAN, by her father, SUNNY CHAN, :
:
              Plaintiffs, :
:
    v. : 08 Civ. 432 (PAC)
:
MICHAEL O. LEAVITT, Secretary, United States : ECF CASE
Department of Health and Human Services, :
:
             Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, and the Memorandum of Law in Support of Defendant's Motion to Dismiss filed in *New York v. HHS*, 07 Civ. 8621 (PAC), defendant, by his attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Paul A. Crotty for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 17, 2008

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York
                               Attorney for Defendant

                    By:    */s/ Serrin Turner*
                               SERRIN TURNER
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Telephone: (212) 637-2701
                               Facsimile: (212) 637-2686
                               Email: serrin.turner@usdoj.gov