UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MORGANNE MILES, by her mother KRYSTAL TITUS, et al.,

                        Plaintiffs,                    08 CV 432 (PAC)

       - against -                              ECF CASE

MICHAEL O. LEAVITT, as Secretary of the United
States Department of Health and Human Services,

                        Defendant.
------------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Declarations of Krystal Miles, Amy Margaret McCutchin, and Sunny Chan and the Memorandum in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs, by their attorneys listed below, will move this Court before Hon. Paul A. Crotty for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment to Plaintiffs.

Dated: Rochester, New York
April 16, 2008

                                   s/ Bryan D. Hetherington
                                   _____
                                   Bryan D. Hetherington (BH-8363)
                                   Trilby de Jung
                                   Alison Bates
                                   Empire Justice Center
                                   One West Main Street, Suite 200
                                   Rochester, NY 14614
                                   (585) 454-4060

                                   Juan Cartagena, General Counsel (JC-5087)
                                   Elisabeth Ryden Benjamin (EB-0652)
                                   Michelle Light
                                   Community Service Society of New York

105 East 22nd St., 2nd Floor
New York, NY 10010
(212) 614-5461

Jane Perkins (admitted *pro hac vice*)
National Health Law Program
211 N. Columbia Street
Chapel Hill, NC 27154
(919) 968-6308 (x102)

Gill Deford (admitted *pro hac vice*)
Center for Medicare Advocacy
PO Box 350
Willimantic, CT 06226
(860) 456-7790

Attorneys for Plaintiffs