AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                              DISTRICT OF                              New York

Morganne Miles, Olivia Miles,
Pascalle Mossin, Theo Chan, Leah Chan,
Plaintiffs

      v.

Michael O. Leavitt,
Defendant

**APPEARANCE**

Case Number: 08-CV-0432

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

All paintiffs (Morgan Miles, Pascalle Mossin, Theo Chan, Leah Chan)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/16/2008 | _(signature)_ |
| Date | Signature |
| | Martha Jane Perkins     Pro Hac Vice |
| | Print Name     Bar Number |
| | 211 North Columbia Street, 2nd Floor |
| | Address |
| | Chapel Hill     NC     27514 |
| | City     State     Zip Code |
| | (919) 968-6308     (919) 968-8855 |
| | Phone Number     Fax Number |