```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MORGANNE MILES, by her mother KRYSTAL TITUS, et al.,

               Plaintiffs,

- against -

MICHAEL O. LEAVITT, as Secretary of the United
States Department of Health and Human Services,

               Defendant.

------------------------------------------------------------------x

08 Civ. 432 (PAC)

ECF CASE

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1.    The original caption in this case is as follows:

"MORGANNE MILES, by her mother KRYSTAL
TITUS; OLIVIA MILES, by her mother KRYSTAL
TITUS; PASCALE MOSSIN, by her mother
AMY MARGARET MCCUTCIN; THEO CHAN,
by his father SUNNY CHAN; LEAH CHAN,
by her father, SUNNY CHAN,

               Plaintiffs,

- against -

MICHAEL O. LEAVITT, as Secretary of the United
States Department of Health and Human Services,

               Defendant."

2.    Whereas, Krystal Titus married Cory Miles and changed her named to Krystal Miles; and

- 1 -

3. Whereas, the name "McCutchin" was improperly spelled "McCutcin" in the caption but is correctly spelled throughout the complaint;

4. The caption is amended to read as follows, and shall be used hereafter:

MORGANNE MILES, by her mother KRYSTAL MILES; OLIVIA MILES, by her mother KRYSTAL MILES; PASCALE MOSSIN, by her mother AMY MARGARET MCCUTCHIN; THEO CHAN, by his father SUNNY CHAN; LEAH CHAN, by her father, SUNNY CHAN,

        Plaintiffs,

- against -

MICHAEL O. LEAVITT, as Secretary of the United States Department of Health and Human Services,

        Defendant.

s/ Bryan D. Hetherington

Bryan D. Hetherington
One of Plaintiffs' Attorneys
Empire Justice Center
One West Main Street, Suite 200
Rochester, NY 14614
Telephone: (585) 454-4060

April 16, 2008

s/ Serrin Turner

Serrin Turner
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2701
Attorney for Defendant

April 16, 2008

So Ordered: APR 17 2008

Enter: _____
The Honorable Paul A. Crotty



"Alison Bates"
<abates@empirejustice.org>
04/16/2008 11:08 AM

To &lt;Marlon_Ovalles@nysd.uscourts.gov&gt;

cc &lt;Serrin.Turner@usdoj.gov&gt;, "Bryan Hetherington" &lt;BHetherington@empirejustice.org&gt;, "Trilby de Jung" &lt;TdeJung@empirejustice.org&gt;, "Jane Perkins"

bcc

Subject Miles v. Leavitt - 08 Civ. 432 (PAC) - Proposed Stipulation to Amend Complaint

Dear Mr. Ovalles:
Please find attached a proposed stipulation to amend the caption in the case of Miles v. Leavitt, to which all parties consent. The stipulation is in light of the marriage and subsequent name change of one plaintiff and the misspelling of the name of another plaintiff. On behalf of all of the parties, I respectfully request that the Court so-order the proposed stipulation.
Thank you for your attention to this matter.


**Alison Bates, Esq.**
Hanna S. Cohn Equal Justice Fellow
Empire Justice Center
Hon. Michael A. Telesca Center for Justice
One West Main Street, Suite 200
Rochester, NY 14614
(585) 454-4060 TTY (585) 295-5823 Fax (585) 454-2518/4019
abates@empirejustice.org
http://www.empirejustice.org


**Confidentiality Note**: This e-mail and any attachments included herewith are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or its attachments by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (585) 454-4060 or e-mail at abates@empirejustice.org and destroy the original message and all copies.


Stipulation to Amend Caption FINAL.pdf